IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY TYGER and SHAWN WADSWORTH, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION DRILLING CORP., PRECISION DRILLING OILFIELD SERVICES, INC., PRECISION DRILLING COMPANY, L.P., and JOHN DOES 1-10,<br><br>Defendants. | Case No. 4:11-cv-01913<br><br>(Judge Matthew W. Brann)<br><br>Oral Argument Requested |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(b), Defendants Precision Drilling Corp., Precision Drilling Oilfield Services, Inc., and Precision Drilling Company, LP ("Precision") move for partial summary judgment on two of the three counts of the first amended complaint stating as follows:

1. Precision is entitled to judgment in its favor on Plaintiffs' claims for unpaid overtime: (a) for time spent donning and doffing personal protective equipment; and (b) for post-donning and pre-doffing walking time.

2. More specifically, no genuine issue of material fact exists and Precision is entitled to judgment as a matter of law because: (a) the time Plaintiffs spent donning and doffing personal protective equipment was not compensable;

36618058.1

1

and (b) the Plaintiffs' post-donning and pre-doffing walking time was not compensable.

3. This motion is supported by the pleadings of record, the statement of undisputed material facts and supporting brief filed with this motion, and the supporting appendix, which includes declarations and deposition transcripts.

4. Pursuant to the Court's direction at the conference with the parties on March 29, 2017, the parties are not required to seek concurrence with respect to this motion under Local Rule 7.1.

5. Pursuant to Local Rule 7.9, Precision respectfully requests oral argument of its motion.

WHEREFORE, Defendants Precision Drilling Corp., Precision Drilling Oilfield Services, Inc., and Precision Drilling Company, LP respectfully request that the Court dismiss with prejudice all claims in the first amended complaint, except Plaintiffs' claim for unpaid post-shift meeting time.

Dated: April 10, 2017

Respectfully submitted,

OF COUNSEL:
**NORTON ROSE FULBRIGHT US LLP**

**NORTON ROSE FULBRIGHT US LLP**

**Greg Moore**
TX 24055999
greg.moore@nortonrosefulbright.com
*Admitted Pro Hac Vice*

*/s/ M. Carter Crow*
M. Carter Crow
TX  05156500
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
carter.crow@nortonrosefulbright.com

**Kimberly F. Cheeseman**
TX 24082809
kimberly.cheeseman@nortonrosefulbright.com
*Admitted Pro Hac Vice*

**Joseph C. Dole**
NY 2247971
TX 24097251
joseph.dole@nortonrosefulbright.com
*Admitted Pro Hac Vice*

Jeremy A. Mercer
PA. 86480
Blank Rome LLP
501 Grant St., Suite 850
Pittsburgh, PA  15219
Telephone:  (412) 932-2732
Facsimile:  (412) 592-0959
Jmercer@BlankRome.com

Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

*Attorneys for Defendants*

36618058.1

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April 2017 a true and correct copy of the foregoing Defendants' Motion for Partial Summary Judgment was filed using the Middle District of Pennsylvania's CM/ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

    Justin Swidler
    Nicholas George
    Swartz Swidler, LLC
    1101 Kings Highway North
    Suite 402
    Cherry Hills, New Jersey  08034
    jswidler@swartz-legal.com
    ngeorge@swartz-legal.com

                                              */s/ Joseph C. Dole*
                                              Joseph C. Dole