IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY TYGER and SHAWN WADSWORTH, on behalf of themselves and those similarly situated, | No. 4:11-CV-01913 |
| Plaintiffs. | (Judge Brann) |
| v. | |
| PRECISION DRILLING CORP., *et al.*, | |
| Defendant. | |

# ORDER

**AND NOW**, this 11th day of April 2018, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that Plaintiffs Rodney Tyger and Shaun Wadsworth's Motion to Strike the Expert Report of Dr. Radwin (ECF No. 229) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge