# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY TYGER and SHAWN WADSWORTH, on behalf of themselves and those similarly situated, | No. 4:11-CV-01913 |
| Plaintiffs. | (Judge Brann) |
| v. | |
| PRECISION DRILLING CORP., *et al.*, | |
| Defendant. | |

## ORDER

**AND NOW**, this 11th day of April 2018, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 239) is **GRANTED** in part and **DENIED** in part. The Motion is granted with respect to the applicable statute of limitations. It is denied in all other respects.

2. Plaintiffs' Motion for Summary Judgment (ECF No. 245) is **DENIED**.

3. Defendants' Motion to Strike Plaintiffs' Statement of Undisputed Material Facts (ECF No. 259) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge