# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY TYGER and SHAWN WADSWORTH, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION DRILLING CORP., PRECISION DRILLING OILFIELD SERVICES, INC., PRECISION DRILLING COMPANY, L.P., and JOHN DOES 1-10,<br><br>Defendants. | Case No. 4:11-cv-01913<br><br>(Judge Matthew W. Brann) |

## [PROPOSED] ORDER

AND NOW, on this _____ day of October, 2019, upon consideration of the Parties' joint Motion for Approval of the Partial FLSA Settlement, IT IS HEREBY ORDERED:

1. The Partial Settlement Agreement is GRANTED approval;

2. Defendant SHALL wire the Gross Settlement Amount of $410,000 (the "Gross Settlement Fund") to the qualified settlement fund administrator ("Claims Administrator") within fifteen (15) calendar days following the Court's entry of this Order;

3. Plaintiffs' request to award service payments $1,500 each for Named Plaintiffs Rodney Tyger and Shawn Wadsworth, as payment for services performed for the class, is GRANTED;

4. Plaintiffs' request to award service payments of $150 each of the non-Named Plaintiffs who were deposed by Defendants, as payment for services performed for the class, is GRANTED;

5. Plaintiffs' request for half of their attorneys' reasonable litigation costs, $55,256, is GRANTED;

6. Plaintiffs' request for 1/3 of the Gross Settlement Fund as reasonable fees for the services performed in connection with the Settlement, to be paid from the Gross Settlement Fund, is GRANTED.

7. Plaintiffs' request for payment of the Claims Administrator reasonable fees and costs incurred in administering the Settlement, is GRANTED;

8. The Claims Administrator SHALL distribute the Settlement to all class members consistent with the Settlement; and

9. Plaintiffs' claim alleging that Defendants failed to pay for time spent by collective action members in post-shift changeover meetings is dismissed with prejudice.

IT IS SO ORDERED.

[signature on next page]

BY THE COURT:

_____
The Honorable Matthew W. Brann, USDJ