**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RODNEY TYGER and SHAWN WADSWORTH, on behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PRECISION DRILLING CORP., PRECISION DRILLING OILFIELD SERVICES, INC., PRECISION DRILLING COMPANY, L.P., and JOHN DOES 1-10, <br><br> Defendants. | Case No. 4:11-cv-01913 <br><br> (Judge Matthew W. Brann) |

# ORDER

**AND NOW**, on this \_\_\_17th\_\_\_ day of October 2019, upon consideration of the Parties' joint Motion for Approval of the Partial FLSA Settlement, **IT IS HEREBY ORDERED**:

1. The Partial Settlement Agreement is **GRANTED** approval;

2. Defendant SHALL wire the Gross Settlement Amount of $410,000 (the "Gross Settlement Fund") to the qualified settlement fund administrator ("Claims Administrator") within fifteen (15) calendar days following the Court's entry of this Order;

3. Plaintiffs' request to award service payments $1,500 each for Named Plaintiffs Rodney Tyger and Shawn Wadsworth, as payment for services performed for the class, is **GRANTED**;

4. Plaintiffs' request to award service payments of $150 each of the non-Named Plaintiffs who were deposed by Defendants, as payment for services performed for the class, is **GRANTED**;

5. Plaintiffs' request for half of their attorneys' reasonable litigation costs, $55,256, is **GRANTED**;

6. Plaintiffs' request for 1/3 of the Gross Settlement Fund as reasonable fees for the services performed in connection with the Settlement, to be paid from the Gross Settlement Fund, is **GRANTED**.

7. Plaintiffs' request for payment of the Claims Administrator reasonable fees and costs incurred in administering the Settlement, is **GRANTED**;

8. The Claims Administrator SHALL distribute the Settlement to all class members consistent with the Settlement; and

9. Plaintiffs' claim alleging that Defendants failed to pay for time spent by collective action members in post-shift changeover meetings is dismissed with prejudice.

IT IS SO ORDERED.

[signature on next page]

BY THE COURT:

*s/ Matthew W. Brann*

Matthew W. Brann
United States District Judge