# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY TYGER, *et al.*, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION DRILLING CORP., *et al.*,<br><br>Defendants. | CIVIL ACTION NO: 4:11-cv-01913-MWB |

## **NOTICE OF APPEAL**

Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3, Plaintiffs Rodney Tyger and Shawn Wadsworth, and all individuals who filed a consent form to join the above-captioned matter ("Opt-in Plaintiffs"), hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment in the above-captioned matter and from the following orders and rulings of the District Court:

1. The Memorandum and Order entered on December 17, 2019 (Dkt. No. 365), granting Defendants' Motion for Summary Judgment and dismissing the case, as well as any and all orders subsumed in said final judgment, including but not limited to those listed below;

2. The District Court's Memorandum and Order entered on December 18, 2018 (Dkt. No. 329), granting Defendants' Motion to Exclude the Expert Testimony of Ronald E. Bishop, PhD.

3. The District Court's Order entered on September 21, 2018 (Dkt. No. 318), denying in part Plaintiffs' Motion for Reconsideration; and

4. The District Court's Memorandum and Order entered on April 11, 2018 (Dkt. No. 276 and 277), granting in part Defendants' Motion for Summary Judgment and denying Plaintiffs' Motion for Summary Judgment.

    Respectfully Submitted,

    */s/ Justin Swidler*
    Justin L. Swidler, Esq.
    Nick D. George, Esq.
    **SWARTZ SWIDLER, LLC**
    1101 North Kings Highway, Suite 402
    Cherry Hill, NJ 08034
    Phone: (856) 685-7420
    Fax: (856) 685-7417
    Email: jswidler@swartz-legal.com
    Email: ngeorge@swartz-legal.com
    *Counsel for Plaintiffs*

Dated: January 8, 2020