# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY TYGER, *et al.*, | No. 4:11-CV-01913 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| PRECISION DRILLING CORP., *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 29th day of May 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Bill of Costs, Doc. 368, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge