IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY TYGER, *et al.*, | No. 4:11-CV-01913 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| PRECISION DRILLING CORP. *et al.*, | |
| Defendants. | |

# ORDER

**MARCH 25, 2022**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERD** that:

1. Plaintiffs' Motion for Summary Judgment as to liability (Doc. 391) is **DENIED.**

2. Defendants' Motion for Summary Judgment (Doc. 392) is **GRANTED**.

3. Final Judgment is entered in favor of Defendants Precision Drilling Company, LP, Precision Drilling Corp., and Precision Drilling Oilfield Services, Inc. and against Plaintiffs.

4. The Plaintiffs' remaining claims are therefore dismissed with prejudice. The Clerk of Court is directed to **CLOSE** the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge