**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

RODNEY TYGER, *et al*,

      Plaintiffs.

    v.

PRECISION DRILLING CORP., *et al.*,

      Defendants.

No. 4:11-CV-01913

(Chief Judge Brann)

## ORDER

**AND NOW**, this 17th day of December 2025, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Plaintiffs' motion to amend (Doc. 422) is **GRANTED**;

2.    Plaintiffs shall **REVISE** the proposed second amended complaint to:

    a.    Explain which allegations are relevant to which Rule 23(a) factors;

    b.    Identify the relevant Rule 23(b) theory; and

    c.    Set forth a proposed class definition;

3.    Plaintiffs shall **SUBMIT** the revised proposed second amended complaint as the operative complaint by no later than **Tuesday, December 23, 2025**;

4.    Defendants shall **ANSWER** the second amended complaint by no later than **Monday, January 12, 2026**; and

5.    The parties shall jointly submit a proposed schedule for managing

damages and class discovery, including a deadline for Plaintiffs'

motion for class certification, **by the same date**.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge